AFFIDAVIT OF ADAM J. HOWE

I, Adam J. Howe, do herby depose and state as follows:

1.   I am a Special Agent with the Federal Bureau of Investigation ("FBI").  I have been employed as a Special Agent of the FBI since June 2014.  I am currently assigned to the FBI Boston Division, Violent Crime Task Force/Bank Robbery Task Force.  From June 2014 to October 2014, I attended the FBI Academy at Quantico, Virginia.  While at the academy, I conducted 100 hours of investigative training, 90 hours of legal training, and 33 hours of evidence preservation training.  I conducted 121 hours of practical applications training, which combined tactical, investigative, legal, evidence preservation, and interviewing in various scenarios.

2.   As a Special Agent with the Violent Crimes Task Force, I have responded to several bank robberies.  I have also received specialized training regarding investigative techniques, evidence collection, and evidence preservation.

3.   I am aware that Title 18, United States Code, Section 2113(a)and (d) makes it a crime for anyone by force and violence, by intimidation, or by use of a dangerous weapon, to take, or attempt to take, from the person or presence of another, any property or money or any other thing of value belonging to, or in the care custody, control, management, or

possession of, any federally insured bank.  Having said so, I
make this affidavit in support of a criminal complaint charging
Kenneth E. Denny ("Denny"), DOB xx/xx/1955, with the armed bank
robbery and attempted armed bank robbery of a branch of Citizens
Bank at 414 Washington Street, Brighton, Massachusetts on July
24, 2015.  On the date of this robbery, this bank was insured by
the Federal Deposit Insurance Corporation.  The facts stated
herein are known to me through the investigation and through
observations made by others with whom I have spoken.  This
affidavit does not contain all the facts known to me, just those
which are sufficient to establish probable cause that the above
mentioned bank robbery was committed by Kenneth E. Denny.

## CITIZENS BANK July 24, 2015

4.   On July 24, 2015, at approximately 1:23 p.m., an individual
entered the Citizens Bank located at 414 Washington Street,
Brighton, Massachusetts.  The individual approached a teller and
handed her a note demanding money and removed an item, which
appeared to be an explosive device,[1] from a folded newspaper he
had been carrying.   The individual placed the explosive device
on the teller's counter and stated, "Give me the money, big
bills, no small bills."  The individual stated that the

---

[1] The item consisted of two cylindrical shaped objects wrapped in red
cellophane.  Attached to the item was a length of electrical wire, a silver
knob, and a battery.  A photograph is attached.

explosive device was real and would explode if the teller did not give him the money.  The individual then handed the teller a white plastic bag and told her to fill it with money.  The teller removed $4,040.00 in US currency from her drawer, placed it into the white plastic bag, and handed the white plastic bag back to the individual. The individual then retrieved the demand note, left the explosive device on the teller's counter, and turned to exit the bank.  As the individual was heading towards the exit, the bank manager approached him and asked him if he needed any assistance.  The individual then dropped the white plastic bag containing the bank's money, turned, held up a cell phone, and stated "I am going to blow it up."  The individual then exited the bank onto Washington Street.

5.   The bank manager followed the individual as he exited the bank onto Washington Street and observed the individual discard the hat and the wig he had been wearing onto Washington Street. The bank manager continued following the individual and observed him take a right onto Dighton Street.  At this point the bank manager broke off chase, retrieved the discarded wig and hat, and returned to the bank.

6.   The teller and the bank manager described the individual as an older white male, 6 feet tall, wearing a tan hat, black and gray wig, blue suit, white dress shirt with blue and orange tie, and black dress shoes.

7.   Bank surveillance cameras were functioning and operating on the date of the robbery.  The cameras captured images of the individual as he entered the bank, interacted with the teller, interacted with the bank manager, and then left the bank.

### IDENTIFICATION OF KENNETH E. DENNY

8.   Following the robbery it was determined that the individual who had robbed the bank had left a wallet on the counter of the teller's station.  Law enforcement opened the wallet and observed a Massachusetts Identification Card which contained a photograph.  The name on the identification card was Kenneth E. Denny.  A member of law enforcement noted that while en route to the robbery he had observed an individual who looked similar to the person depicted on the Massachusetts Identification Card in the vicinity of the bank.  The officer recalled that that person was wearing a gray t-shirt, shorts, dark socks and black dress shoes.

9.   Law enforcement left the bank and located the person they had observed walking away from the bank a few minutes earlier.  The person was wearing a gray t-shirt and shorts.  However, the person was now wearing gray slip-on shoes and was not wearing socks.  The person was asked what his name was and he replied "Kenneth Denny." Denny was detained and brought back to the bank for a line-up.

10.   Law enforcement searched the area around the bank and observed and recovered a demand note written on yellow lined paper, a blue sports jacket, white long-sleeved dress shirt, a blue and orange tie, charcoal-colored dress pants, a pair of dark-colored socks, and a pair of black dress shoes.

11.   Approximately 90 minutes after the robbery a line-up was conducted in the bank's parking lot.  The line-up consisted of five individuals including Denny.  Denny was positively picked out by three of the five bank employees as the individual who had robbed the bank.

12.   At that time Denny was arrested by the Boston Police and charged with the July 24, 2015 robbery of the Citizens Bank.

## CONCLUSION

13.   I have reviewed the bank surveillance photographs and the Massachusetts Identification Card in the name of Kenneth E. Denny.   I believe Denny is the individual who carried out the bank robbery of Citizens Bank, 414 Washington Street, Brighton, Massachusetts on July 24, 2015.

14.   Based on the foregoing, I believe there is probable cause to believe that Kenneth E. Denny, by force and violence, by intimidation, or by the use of a dangerous weapon, robbed and attempted to rob a branch of the Citizens Bank, a bank insured by the Federal Deposit Insurance Corporation, on July 24, 2015 in violation of 18 U.S.C. § 2113(a) and (d).

ADAM J. HOWE
Special Agent FBI

Sworn and subscribed to before me this ___85___ day of August 2015

MARIANNE B. BOWLER
United States Magistrate Judge